IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELIZABETH EASTES, | )<br>)<br>) CASE NO.: 6:14-cv-01375<br>)<br>)<br>) (SEDGWICK CO. CASE NO.: 14CV2939)<br>)<br>) **NOTICE OF REMOVAL**<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| SEQUEL OF KANSAS, LLC d/b/a RIVERSIDE ACADEMY, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1446(a) and Fed. R. Civ. P. 81(c), Defendant Sequel of Kansas, LLC d/b/a Riverside Academy hereby gives notice of removal of this civil action from the District Court, Sedgwick County, Kansas (the "State Action") to the United States District Court for the District of Kansas, and in support thereof states as follows:

### INTRODUCTION

1. On or about October 22, 2014, plaintiff Elizabeth Eastes filed suit in the District Court, Sedgwick County, Kansas under Case No. 14CV2939. On or about October 24, 2014, Defendant Sequel of Kansas, LLC d/b/a Riverside Academy was served with the Summons and Petition, copies of which are attached at Exhibit A. No process, pleadings or other documents have been served upon the moving Defendant other than the attached Summons and Petition.

### I. NATURE OF THE SUIT

2. In Plaintiff's Petition, she alleges violations of the Fair labor Standards Act, 29 USC §§ 201 et seq (FLSA) and seeks damages thereunder from Defendant.

### II. BASIS FOR REMOVAL

3. This Court has original federal question jurisdiction over this action in that it is a civil action founded on a claim or right arising under the laws of the United States. 28 U.S.C. § 1331, *Mims v. Arrow Financial Services*, *LLC*, 132 S. Ct. 740, 753 181 L. Ed. 2d 881, 899 (2012). Therefore, removal pursuant to 28 U.S.C. § 1441 *et seq.* is proper here.

4. The time within which Sequel of Kansas, LLC d/b/a Riverside Academy is required to file this Notice of Removal has not yet expired. *See* 28 U.S.C. § 1446(b).

### III. NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

5. Sequel of Kansas, LLC d/b/a Riverside Academy's Notice of Removal is procedurally correct; Sequel of Kansas, LLC d/b/a Riverside Academy is the only named and served defendant in the suit.

6. Filed concurrently herewith is the Certification Pursuant to Local Rule 81.1 whereby Sequel of Kansas, LLC d/b/a Riverside Academy is providing the Court with the information required by that Local Rule.

7. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed suit was pending

8. Defendant Sequel of Kansas, LLC d/b/a Riverside Academy will promptly file a copy of this Notice of Removal with the Clerk of the state court in which the suit is pending.

WHEREFORE, Defendant Sequel of Kansas, LLC d/b/a Riverside Academy prays this Court remove this matter from the District Court, Sedgwick County, Kansas to the United States District Court for the District of Kansas.

Respectfully submitted,

*/s/ Brian P. Rickert*
Brian P. Rickert, Kansas Bar # 19041

BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone:  515-242-2457
Facsimile:   515-323-8557
E-mail:  rickert@brownwinick.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on November 13, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. The undersigned attorney also hereby certifies that a copy of the foregoing was served this 13th day of November, 2014 via First Class United States Mail, postage prepaid and properly addressed to the following:

Aaron J. Good, #25067
Klenda Austerman, LLC
1600 Epic Center
301 North Main
Wichita, KS 67020-4816

ATTORNEY FOR PLAINTIFF

*/s/ Crystal Kansala*
Crystal Kansala